■ KENNETH L. CRACAS, Respondent-Appellant, v KERRI A. CRACAS, Appellant-Respondent. [953 NYS2d 533]—Appeal and cross appeal from an order of the Supreme Court, Monroe County (Richard A. Dollinger, A.J.), entered November 23, 2011. The order, inter alia, granted plaintiff sole legal custody of the parties' children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Fahey, Carni, Valentino and Martoche, JJ.